**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL MADRIGAL,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN FERREIRA, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00820-DAD-EPG<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THE COURT SHOULD NOT ISSUE FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS CASE BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO COMPLETE SERVICE ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)** |

    Plaintiff, Joel Madrigal, is proceeding *pro se* in this action bringing claims against Defendants, Bryan Ferreira, Shane Logan, Jared Garcia, Clay Moffett, Ricardo Loza, R. Lasalde, Juan Saenz, and City of Visalia California (collectively, "Defendants"). (ECF No. 1). For the reasons below, the Court orders Plaintiff to show cause why this action should not be dismissed for failure to timely complete service on Defendants.

    Under Federal Rule of Civil Procedure 4(m), "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

    Plaintiff initiated this action with the filing of his complaint on June 12, 2020 (ECF

No. 1). The summons were issued on June 15, 2020 (ECF Nos. 3, 4). Plaintiff has not to date filed a return of service demonstrating that he has accomplished service of the complaint and summons on Defendants, nor has a waiver of service been filed by Defendants.

Accordingly, Plaintiff is ORDERED to show cause why this action should not be dismissed for failure to timely serve Defendant as required under Federal Rule of Civil Procedure 4(m). Plaintiff shall file, no later than **November 20, 2020**, either: (1) a return of service showing that service on Defendant has been completed; or (2) a response to this Order to Show Cause otherwise demonstrating the Plaintiff has completed service on Defendant as required by Federal Rule of Civil Procedure 4 or has good cause for failing to complete service.

Plaintiff is cautioned that failure to respond to this Order to Show Cause may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 20, 2020**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE