UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MADRIGAL,<br><br>        Plaintiff,<br><br>    v.<br><br>BRYAN FERREIRA, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00820-DAD-EPG<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING SCHEDULING CONFERENCE**<br><br>(ECF No. 9.) |

Plaintiff Joel Madrigal ("Plaintiff) is proceeding *pro se* in this action bringing claims against Defendants, Bryan Ferreira, Shane Logan, Jared Garcia, Clay Moffett, Ricardo Loza, R. Lasalde, Juan Saenz, and City of Visalia (collectively, "Defendants"). (ECF No. 1).

Plaintiff initiated this action on June 12, 2020, and the Court set an Initial Scheduling Conference for October 27, 2020. (ECF Nos. 1, 2.) On October 20, 2020, the Court issued an order requiring Plaintiff to show cause by November 20, 2020, why this action should not be dismissed for failure to timely complete service on Defendants. (ECF No. 5.) In light of the order to show cause, the Court vacated the Initial Scheduling Conference. (ECF No. 6.)

On November 18, 2020, in response to the Court's order to show cause, Plaintiff filed a request for an extension of time to serve Defendants. (ECF No. 6.) Plaintiff explained that he was attempting to locate counsel to represent him in this matter. (*Id.*) Additionally, Defendants Bryan Ferreira and Shane Logan were facing criminal charges in Tulare Superior Court, and Plaintiff

was concerned that they would not participate in discovery and would invoke their Fifth Amendment privilege against self-incrimination. (*Id.*) Plaintiff requested a sixty-day extension of the service deadline so that he could locate counsel and see if the criminal case against Defendants Bryan Ferreira and Shane Logan was resolved. (*Id.*)

The Court entered an order on December 2, 2020, discharging the order to show cause and extending the deadline for service of the summons and complaint on Defendants to January 18, 2021. (ECF No. 8.) However, Plaintiff did not file anything demonstrating that he had served the summons and complaint on Defendants by the extended deadline.

Accordingly, on February 8, 2021, the Court entered a second order to show cause why this action should not be dismissed for failure to timely complete service on Defendants. (ECF No. 9.) The Court directed Plaintiff to file, no later than March 12, 2021, either (1) a return of service showing that service on Defendants is complete; or (2) a response to the Order to Show Cause otherwise demonstrating the Plaintiff has completed service on Defendant as required by Federal Rule of Civil Procedure 4 or has good cause for failing to complete service. (*Id.*)

On March 11, 2021, Plaintiff filed two returns of service indicating that Defendants Clay Moffett and Jared Garcia were served with the summons and complaint by email through counsel Leonard C. Herr, and that Defendants Shane Logan and Bryan Ferreira were served with the summons and complaint by email through counsel Mario U. Zamora. (ECF Nos. 10, 11.) The returns of service were signed by attorney Christopher L. Haberman.[1] (*Id.*) On March 30, 2021, Defendants Clay Moffett, Jared Garcia, Ricardo Loza, Ryan Lasalde, Juan Saenz, and City of Visalia filed an answer to the complaint. (ECF No. 12.) Defendants Shane Logan and Bryan Ferreira have not yet responded to the complaint.

In light of the proofs of service filed by Plaintiff, as well as the answer filed by Defendants Clay Moffett, Jared Garcia, Ricardo Loza, Ryan Lasalde, Juan Saenz, and City of Visalia, the Court will discharge the order to show cause and will reset the Initial Scheduling Conference in this case.

///

---

[1] Mr. Haberman has not appeared in this action on Plaintiff's behalf and, according to the Court's docket, Plaintiff is still proceeding *pro se*.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's order to show cause entered on February 8, 2021 (ECF No. 9) is DISCHARGED; and

2. An Initial Scheduling Conference is set for June 2, 2021, at 10:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference (*see* ECF No. 2) and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the undersigned's review.

IT IS SO ORDERED.

Dated: **April 1, 2021**           /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE