UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MADRIGAL,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN FERREIRA, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00820-DAD-EPG<br><br>ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 17) |

The parties have filed a stipulation to dismiss this entire action with prejudice. (ECF No. 17.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **June 8, 2021**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE